UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anthony C. Harris

    v.                                    Case No. 12-cv-444-JL

USA

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 17, 2021. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

_____
Joseph N. Laplante
United States District Judge

Date: May 13, 2021

Cc: Anthony Harris, pro se
    Seth Aframe, AUSA